IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID BOYER,<br><br>Defendant. | No. 13-CR-4109 DEO<br><br>**INDICTMENT**<br><br>Count 1<br>  18 U.S.C. § 1030(a)(2):<br>  Unauthorized Access to a Protected<br>  Computer<br><br>Count 2<br>  18 U.S.C. §§ 1030(a)(5)(B) and<br>  (c)(4)(A): Reckless Damage to a<br>  Protected Computer During<br>  Unauthorized Access<br><br>Count 3<br>  18 U.S.C. §§ 1030(a)(5)(A) and<br>  (c)(4)(B): Intentional Damage to a<br>  Protected Computer |

The Grand Jury charges:

## Count 1
### Unauthorized Access to a Protected Computer

In or about October, 2009, and continuing to on or about June 4, 2010, within the Northern District of Iowa and elsewhere, the defendant, DAVID BOYER, did intentionally access a computer belonging to Buena Vista University without authorization and thereby obtained information from a protected computer used in or affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Section 1030(a)(2).

## Count 2
### Reckless Damage to a Protected Computer During Unauthorized Access

Between about October, 2009, and June 4, 2010, within the Northern District of Iowa and elsewhere, the defendant, DAVID BOYER, intentionally accessed a protected computer belonging to Buena Vista University without authorization, and as a result of such conduct, recklessly caused damage, and the offense caused loss to Buena Vista University during a one year period from defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

This was in violation of Title 18, United States Code, Sections 1030(a)(5)(B) and (c)(4)(A).

## Count 3
### Intentional Damage to a Protected Computer

On or about October 14, 2009, within the Northern District of Iowa and elsewhere, the defendant, DAVID BOYER, knowing caused the transmission of a program, information, code and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer belonging to Buena Vista University, and the offense caused loss to Buena Vista University during a one year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

This was in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B).

A TRUE BILL

S/ [signature redacted]   12/18/13
Grand Jury Foreperson   Date

SEAN R. BERRY
United States Attorney

By: [signature]

TIMOTHY T. DUAX
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY
And filed DEC 18 2013
ROBERT L. PHELPS, CLERK